J. KENDRICK KRESSE (CA BAR NO. 53926)
JENNIFER PESEK (CA BAR NO. 219161)
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 E. 14th Street, Suite 220
San Leandro, CA 94578
Tel.: (510) 483-0922 V/TTY
Fax: (510) 483-0967
Email: ken.kresse@deaflaw.org

CAROLYN R. YOUNG (CA BAR. NO. 193387)
WESTERN LAW CENTER FOR DISABILITY RIGHTS
Loyola Law School
919 Albany Street
Los Angeles, CA 90015
Tel.: (213) 736-1031
Fax: (213) 736-1428
Email: carolyn.young@lls.edu

PATRICIA S. MAR (CA BAR NO. 45593)
YOSHIKO INOUE (CA BAR NO. 203642)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: pmar@mofo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, *et al.*, | Case No. C 05-01525 (JSW) |
| Plaintiffs, | ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| SACRAMENTO AREA COUNCIL OF GOVERNMENTS, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

1  Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

2  1.  The case management conference, currently scheduled for July 15, 2005, shall be continued until ~~the next available date after August 15, 2005;~~ August 19, 2005 at 1:30 p.m.

3  2.  The parties shall be required to meet and confer no later than July 25, 2005; and

4  3.  The joint case management statement shall be due no later than August ~~8~~ 12, 2005.

Dated: __June 21__, 2005

_____/s/ Jeffrey S. White_____
The Honorable Jeffrey S. White
United States District Judge

~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
No. C-05-01525 JSW
sf-1953329

2