J. KENDRICK KRESSE (CA BAR NO. 53926)
JENNIFER PESEK (CA BAR NO. 219161)
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 E. 14th Street, Suite 220
San Leandro, CA 94578
Tel.: (510) 483-0922 V/TTY
Fax: (510) 483-0967
Email: ken.kresse@deaflaw.org

CAROLYN R. YOUNG (CA BAR. NO. 193387)
WESTERN LAW CENTER FOR DISABILITY RIGHTS
Loyola Law School
919 Albany Street
Los Angeles, CA 90015
Tel.: (213) 736-1031
Fax: (213) 736-1428
Email: carolyn.young@lls.edu

PATRICIA S. MAR (CA BAR NO. 45593)
YOSHIKO INOUE (CA BAR NO. 203642)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: pmar@mofo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO AREA COUNCIL OF GOVERNMENTS, *et al.*, <br><br> Defendants. | Case No. C 05-01525 (JSW) <br><br> ~~PROPOSED~~ ORDER REGARDING ANSWER TO FIRST AMENDED COMPLAINT |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

1    The answer filed by Defendant California Highway Patrol and Defendant Mike Brown in
2    response to Plaintiffs' original Complaint shall be treated as those Defendants' answer to
3    Plaintiffs' First Amended Complaint.

6    Dated:  June 21  , 2005

                                                        /s/ Jeffrey S. White
                                                _____
                                                    The Honorable Jeffrey S. White
                                                    United States District Judge