IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ,

    Plaintiff,

v.

SACRAMENTO AREA COUNCIL OF GOVERNMENTS; ET AL.,

    Defendants.

No. C 05-01525 JSW

**ORDER DENYING REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**

The request filed by defendant San Bernadino Associated Governments to appear by telephone at the Initial Case Management Conference scheduled for Friday, August 19, 2005 at 1:30 p.m. is HEREBY DENIED.

**IT IS SO ORDERED.**

Dated: August 1, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE