IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ,

    Plaintiff,

v.

SACRAMENTO AREA COUNCIL, et al.,

    Defendants.

No. C 05-01525 JSW

**ORDER OF REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge LaPorte to conduct a settlement conference. The settlement conference shall be conducted by November 4, 2005, if possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: August 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom