IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ,

    Plaintiff,

v.

SACRAMENTO AREA COUNCIL,

    Defendant.

No. C-05-01525 JSW (EDL)

**ORDER FOLLOWING SETTLEMENT CONFERENCE**

This court held a settlement conference on September 28, 2005. After discussions with the parties, the court issues the following order:

1) Plaintiffs shall send a letter to California Highway Patrol and its Assistant Attorney General Counsel on September 30, 2005 embodying demand discussed at settlement conference with a copy of letter sent to Magistrate Judge Laporte. CHP shall respond no later than October 7, 2005, with a copy to Magistrate Judge Laporte.

2) Plaintiffs and Cal Trans shall utilize their best efforts to finalize settlement by October 12, 2005.

3) City of San Bernadino shall explore financial issues and prioritization of call boxes for TTY conversion and provide information to plaintiffs in a telephone conference by October 19, 2005. City of San Bernadino and plaintiffs shall submit a letter update regarding the settlement to Magistrate Judge Laporte by October 26, 2005. Letter may be sent via facsimile to Chambers at (415) 522-2002.

4)	Riverside County Transportation Commission shall consider the results of the above and contact Magistrate Judge Laporte with an update by telephone or faxed letter by November 9, 2005.

**IT IS SO ORDERED.**

Dated: September 30, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge