IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, et al. | No. C-05-01525 JSW (EDL) |
| Plaintiffs, | **ORDER REQUIRING FURTHER LETTER UPDATE** |
| v. | |
| SACRAMENTO AREA COUNCIL OF GOVERNMENTS, et al., | |
| Defendants. | |

The Court has received letters regarding the status of settlement negotiations in this case. If Plaintiffs have not done so already, they shall respond to the settlement terms proposed by Defendant California Highway Patrol in its October 21, 2005 letter and by Defendant San Bernardino SAFE in its October 26, 2005 letter. No later than November 7, 2005, Plaintiffs and the California Highway Patrol shall update the Court by letter regarding settlement. No later than November 14, 2005, Plaintiffs and SBSAFE shall update the Court by letter regarding settlement.

**IT IS SO ORDERED.**

Dated: October 31, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge