**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, et al. | No. C-05-01525 JSW (EDL) |
| Plaintiffs, | **ORDER REQUIRING FURTHER LETTER UPDATE** |
| v. | |
| SACRAMENTO AREA COUNCIL OF GOVERNMENTS, et al., | |
| Defendants. / | |

The Court has received a letter from Defendant San Bernardino SAFE regarding the status of its settlement negotiations in this case. If Plaintiffs have not done so already, they shall respond by November 18, 2005 to the settlement terms proposed by SBSAFE as referenced in the November 14, 2005 letter. No later than November 22, 2005, SBSAFE shall update the Court by letter regarding settlement.

**IT IS SO ORDERED.**

Dated: November 15, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge