1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ, et al.

   Plaintiffs,

 v.

SACRAMENTO AREA COUNCIL OF
GOVERNMENTS, et al.,

   Defendants.
_____/

No. C-05-01525 JSW (EDL)

**ORDER REQUIRING FURTHER
LETTER UPDATE**

   The Court has received a November 22, 2005 letter from Defendant San Bernardino SAFE regarding the status of its settlement negotiations in this case.  No later than December 13, 2005, SBSAFE shall update the Court by letter regarding settlement.

   **IT IS SO ORDERED.**

Dated: November 29, 2005

           *Elizabeth D. Laporte*
           ELIZABETH D. LAPORTE
           United States Magistrate Judge