1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  VICTORIA MUNOZ, et al.                    No. C-05-01525 JSW (EDL)

9          Plaintiffs,                        **ORDER REQUIRING FURTHER**
                                             **LETTER UPDATE**
10     v.

11  SACRAMENTO AREA COUNCIL OF
    GOVERNMENTS, et al.,
12
           Defendants.
13  ─────────────────────────────/

14

15       The Court has received a December 13, 2005 letter from Defendant San Bernardino SAFE and a

16  December 14, 2005 letter from Plaintiffs regarding the status of settlement negotiations in this case.  No

17  later than January 17, 2006, Plaintiffs and SBSAFE shall update the Court by letter regarding settlement.

18

19       **IT IS SO ORDERED.**

20  Dated: December 14, 2005

21                                           *Elizabeth D. Laporte*
                                             ─────────────────────────
                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
22

23

24

25

26

27

28