**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ, et al.,

    Plaintiffs,

v.

SACRAMENTO AREA COUNCIL
OF GOVERNMENTS, et al.,

    Defendants.
_____/

No. 05-01525 JSW (EDL)

NOTICE AND ORDER SETTING
<u>FURTHER SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for January 27, 2006, at 10:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel for Defendants San Bernardino Service Authority for Freeway Emergencies and Riverside County Transportation Commission shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Deputy Attorney General Joshua C. Irwin shall be available in person or by telephone beginning no later than 11:00 a.m. until further order of the Court.

**<u>Updated confidential settlement conference statements shall be lodged with the Court no later than 12:00 noon on January 25, 2006.</u>** Statements may be sent via facsimile to Chambers at (415) 522-2002.

1   All other provisions of this Court's original Notice and Settlement Conference Order shall remain
2   in effect.
3   The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415)
4   522-3694 if this case settles prior to the date set for further settlement conference.

Dated: January 23, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California