UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ, et al.,

        Plaintiffs,

    v.

SACRAMENTO AREA COUNCIL
OF GOVERNMENTS, et al.,

        Defendants.
_____/

No. 05-01525 JSW (EDL)

NOTICE AND ORDER SETTING
<u>FURTHER SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for February 23, 2006, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel for plaintiffs and Defendant Riverside County Transportation Commission shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Updated confidential settlement conference statements, if not already submitted, shall be lodged with the Court no later than 12:00 noon on **February 17, 2006.** Statements may be sent via facsimile to Chambers at (415) 522-2002.

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

1  The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415)
2  522-3694 if this case settles prior to the date set for further settlement conference.

4  Dated: January 25, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge