IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, et al., | No. C-05-01525 JSW (EDL) |
| Plaintiffs, | **ORDER FOLLOWING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| SACRAMENTO AREA COUNCIL OF GOVERNMENTS, et al., | |
| Defendants. | |

Following the progress made at the further settlement conference held on February 23, 2006 between plaintiffs and defendant Riverside County Transportation Commission, the parties shall submit a joint letter updating this Court after defendant Riverside SAFE's March 8, 2006 Board meeting. The joint letter shall be submitted by March 10, 2006 and may be sent via facsimile to (415) 522-2002. The parties shall include a proposed date for a further update to this Court, which is expected to be shortly after the May Board meeting.

**IT IS SO ORDERED.**

Dated: February 27, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge