J. KENDRICK KRESSE (CA BAR NO. 53926)
JENNIFER PESEK (CA BAR NO. 219161)
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 E. 14th Street, Suite 220
San Leandro, CA 94578
Tel.: (510) 483-0922 V/TTY
Fax: (510) 483-0967
Email: ken.kresse@deaflaw.org

SHAWNA L. PARKS (CA BAR NO. 208301)
DISABILITY RIGHTS LEGAL CENTER
(formerly Western Law Center for Disability Rights)
919 Albany Street
Los Angeles, CA 90015
Tel.: (213) 736-1031
Fax: (213) 736-1428
Email: shawna.parks@lls.edu

PATRICIA S. MAR (CA BAR NO. 45593)
YOSHIKO INOUE (CA BAR NO. 203642)
RITA F. LIN (CA BAR NO. 236220)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: pmar@mofo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SACRAMENTO AREA COUNCIL OF GOVERNMENTS, *et al.*, <br><br> Defendants. | Case No. C 05-01525 (JSW) (EDL) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE RELIEF FROM CASE SCHEDULE IN ORDER TO FACILITATE SETTLEMENT** |

sf-2095095                    1

Pursuant to Local Rules 7-7, 7-11, and 7-12, it is hereby stipulated by and between plaintiffs and defendant Riverside County Transportation Commission ("RCTC") that:

1. This Court has scheduled RCTC's motion for transfer of venue to be heard on April 7, 2006, and plaintiffs' motion for class certification to be heard on June 2, 2006;

2. Plaintiffs and each of the four remaining defendants, including RCTC, are in the process of negotiating written agreements to settle this litigation on a classwide basis;

3. No briefs have been filed relating to plaintiffs' motion for class certification;

4. The deadline for filing of an opposition to RCTC's motion for transfer of venue is March 17, 2006 and no opposition has yet been filed;

5. To facilitate negotiation of a settlement agreement with plaintiffs, RCTC hereby withdraws its motion for transfer of venue pursuant to Local Rule 7-7(e); and

6. To facilitate negotiation of settlement agreements with each of the four defendants, plaintiffs request that the Court take plaintiffs' motion for class certification off-calendar.

| | |
|---|---|
| DATE: March 14, 2006 | Respectfully submitted, |
| | CALIFORNIA CENTER FOR LAW AND THE DEAF<br>J. Kendrick Kresse<br>Jennifer Pesek |
| | DISABILITY RIGHTS LEGAL CENTER<br>Shawna L. Parks |
| | MORRISON & FOERSTER, LLP<br>Patricia S. Mar<br>Yoshiko Inoue<br>Rita F. Lin |
| | By: /s/ Rita Lin<br>Attorneys for Plaintiffs |
| DATE: March 14, 2006 | Marc S. Ehrlich<br>Best Best & Krieger LLP<br>5 Park Plz, #1500<br>Irvine, CA 92614 |
| | By: /s/ Marc. S. Ehrlich<br>Attorney for Defendant Riverside County Transportation Commission |

**RULE 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Rita F. Lin
Rita F. Lin
Attorney for Plaintiffs

sf-2095095       3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties shall submit a status report no later than 60 days from the date of this order regarding the settlement negotiations and the pending motion for class certification.

Dated: ___March 15___, 2006

_____
The Honorable Jeffrey S. White
United States District Judge

sf-2095095  4