IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA MUNOZ,

    Plaintiff,

v.

SACRAMENTO AREA COUNCIL, et al.,

    Defendants.

No. C 05-01525 JSW

**ORDER REQUIRING FURTHER STATUS REPORT**

On May 15, 2006, this Court received a joint status report regarding settlement negotiations, indicating that the parties anticipated filing a stipulated motion for class certification for settlement purposes and a motion for preliminary approval of the settlements in late June. There has been no further activity in this case. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court by no later than December 8, 2006, advising the Court of the status of the settlement proceedings.

**IT IS SO ORDERED.**

Dated: November 22, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE