J. KENDRICK KRESSE (CA BAR NO. 53926)
JENNIFER PESEK (CA BAR NO. 219161)
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 E. 14th Street, Suite 220
San Leandro, CA 94578
Tel.: (510) 483-0922 V/TTY
Fax: (510) 483-0967
Email: ken.kresse@deaflaw.org

SHAWNA L. PARKS (CA BAR NO. 208301)
DISABILITY RIGHTS LEGAL CENTER
(formerly Western Law Center for Disability Rights)
919 Albany Street
Los Angeles, CA 90015
Tel.: (213) 736-1031
Fax: (213) 736-1428
Email: shawna.parks@lls.edu

PATRICIA S. MAR (CA BAR NO. 45593)
YOSHIKO INOUE (CA BAR NO. 203642)
RITA F. LIN (CA BAR NO. 236220)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: pmar@mofo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SACRAMENTO AREA COUNCIL OF GOVERNMENTS, *et al.*,<br><br>　　　　　Defendants. | Case No. C 05-01525 (JSW) (EDL)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS AND MOTION FOR CLASS CERTIFICATION; REQUEST FOR FURTHER STATUS CONFERENCE** |

sf-2233387　　　　　　　　　　1

Pursuant to this Court's November 22, 2006 order, the parties provide the following status update concerning settlement negotiations.

As of the filing of this report, Plaintiffs have settlement agreements in the process of being executed with defendants Caltrans and CHP. Plaintiffs continue to negotiate the terms of settlement agreements with both defendant Riverside County Transportation Commission (Riverside) and defendant San Bernardino County Service Authority for Freeway Emergencies (San Bernardino). Most, if not all, significant issues that remained in dispute between plaintiffs and these two defendants appear to have been largely resolved late in October. Riverside recently provided Plaintiffs with a new revised draft agreement which was returned with some further revisions to Riverside on December 6, 2006. Counsel for the three parties anticipate a further exchange of drafts with a view toward finalizing the documents within weeks.

Once all settlement agreements have been executed, the parties would then jointly complete preparation and file a stipulated motion for class certification for settlement purposes and for preliminary approval of the settlements.

The parties further request the Court set a status conference on Friday, January 19, 2007 at 1:30 p.m., or a date thereafter convenient to the Court.



Dated: December 12, 2006

sf-2233387         2

| | |
|---|---|
| 1  DATE: December 8, 2006 | Respectfully submitted, |
| 2 | CALIFORNIA CENTER FOR LAW |
| 3 | AND THE DEAF<br>J. Kendrick Kresse |
| 4 | Jennifer Pesek |
| 5 | DISABILITY RIGHTS LEGAL CENTER |
| 6 | Shawna L. Parks |
| 7 | MORRISON & FOERSTER, LLP |
| 8 | Patricia S. Mar<br>Yoshiko Inoue |
| 9 | Rita F. Lin |
| 10 | By:     /s/ Yoshiko Inoue<br>Attorneys for Plaintiffs |

```
 1   DATE:  December 8, 2006              Respectfully submitted,

 2                                        CALIFORNIA CENTER FOR LAW
                                          AND THE DEAF
 3                                        J. Kendrick Kresse
                                          Jennifer Pesek
 4
                                          DISABILITY RIGHTS LEGAL CENTER
 5                                        Shawna L. Parks
 6
                                          MORRISON & FOERSTER, LLP
 7                                        Patricia S. Mar
                                          Yoshiko Inoue
 8                                        Rita F. Lin

 9
                                          By:        /s/ Yoshiko Inoue
10                                                  Attorneys for Plaintiffs

11

12
     DATE:  December 8, 2006              Joshua Irwin
13                                        Deputy Attorney General
                                          California Department of Justice
14                                        Office of the Attorney General
                                          Oakland, CA 94612-0550
15
                                          By:        /s/ Joshua Irwin
16                                         Attorney for Defendants California Highway
                                              Patrol and Commissioner Mike Brown
17

18
     DATE:  December 8, 2006              Jeffrey Benowitz
19                                        Department of Transportation, Legal Division
                                          4050 Taylor Street, MS 130
20                                        San Diego, CA 92110

21                                        By:        /s/ Jeffrey Benowitz
                                                Attorney for Defendants California
22                                         Department of Transportation and Director
                                                         Will Kempton
23
     DATE:  December 8, 2006              Jean Basle
24                                        Deputy County Government Counsel
                                          385 North Arrowhead Avenue, 4th Floor
25                                        San Bernardino, CA 92414-0140

26                                        By:        /s/ Jean Basle
                                          Attorney for Defendant San Bernardino SAFE
27

28


     sf-2233387                  3
```

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: December 8, 2006 | Marc S. Ehrlich<br>Best Best & Krieger LLP<br>5 Park Plz, #1500<br>Irvine, CA 92614 |
| 3 | | |

By:      /s/ Marc Ehrlich
        Attorney for Defendant Riverside
        County Transportation Commission

### RULE 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

By:      /s/ Yoshiko Inoue
        Attorneys for Plaintiffs

sf-2233387      4