J. KENDRICK KRESSE (CA BAR NO. 53926)
JENNIFER PESEK (CA BAR NO. 219161)
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 E. 14th Street, Suite 220
San Leandro, CA 94578
Tel.: (510) 483-0922 V/TTY
Fax: (510) 483-0967
Email: ken.kresse@deaflaw.org

SHAWNA L. PARKS (CA BAR NO. 208301)
DISABILITY RIGHTS LEGAL CENTER
(FORMERLY WESTERN LAW
CENTER FOR DISABILITY RIGHTS)
919 Albany Street
Los Angeles, CA 90015
Tel.: (213) 736-1031
Fax: (213) 736-1428
Email: shawna.parks@lls.edu

JAMES R. McGUIRE (CA BAR NO. 189275)
RITA F. LIN (CA BAR NO. 236220)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: rlin@mofo.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MUNOZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO AREA COUNCIL OF GOVERNMENTS, *et al.*,<br><br>Defendants. | Case No.   C05-01525 (JSW/EDL)<br><br>[PROPOSED] FINAL ORDER APPROVING SETTLEMENT AGREEMENTS, CERTIFYING SETTLEMENT CLASSES, APPROVING ATTORNEYS' FEES, AND DISMISSING ACTION<br><br>Date:   July 6, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 2, 17th floor<br>Judge:  Hon. Jeffrey S. White |

This matter came before the Court for hearing pursuant to the Order of the Court on July 6, 2007 upon the motion of Plaintiffs, on behalf of themselves and all Settlement Class Members, and all Defendants remaining in this case, California Highway Patrol and its Commissioner Mike Brown ("CHP"), California Department of Transportation and its Director Will Kempton ("Caltrans"), Riverside County Transportation Commission ("RCTC"), and San Bernardino County Service Authority for Freeway Emergencies ("SB SAFE") (collectively, "the Parties"), for final approval of the Settlement Agreements, attached as Exhibits A through D to the Preliminary Approval Motion filed March 22, 2007.  Due and adequate notice having been given to the Settlement Classes as required in the Court's April 25, 2007 Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed and good cause appearing, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Settlement Agreements are hereby incorporated by reference into this Final Order Approving Settlement Agreements, Certifying Settlement Classes, Approving Attorneys' Fees, and Dismissing Action ("Final Approval Order"), and are hereby adopted by this Court. Capitalized terms in this Order shall, unless otherwise defined, have the same meaning as in the Settlement Agreements.

2. For settlement purposes only, the Settlement Classes, as defined in the respective Settlement Agreements, are found to meet the relevant requirements of, and are hereby certified under, Fed. R. Civ. P. 23(a) and (b)(1)(A) and (b)(2).

3. The Court appoints Plaintiffs Victoria Munoz, Daniel Arellenas, Lyle Hinks, Seymour Bernstein, and the California Association of the Deaf as representatives of the Settlement Class and finds that they meet the requirements of Fed. R. Civ. P. 23.

4. The Court appoints the California Center for Law and the Deaf, the Disability Rights Legal Center, and Morrison & Foerster, LLP as class counsel ("Class Counsel") and finds that they meet the requirements of Fed. R. Civ. P. 23.

5. Pursuant to Fed. R. Civ. P. 23(e), the Court hereby approves the Settlement Agreements in all respects and finds that the Settlement Agreements are, in all respects, fair, just, reasonable and adequate to the Settlement Classes.

6. The Court finds all parties have substantially complied with the notice requirements set forth in the Court's April 25, 2007 Order. The notice provided to members of the Settlement Classes satisfies the requirements of due process and Fed. R. Civ. P. 23.

7. After due consideration of Plaintiffs' Motion for Award of Attorneys' Fees and Costs to Class Counsel filed on March 22, 2007, its supporting Memorandum of Points and Authorities, its supporting declarations, arguments of counsel and all other matters presented to the Court, the Court approves the award of attorneys' fees and costs to Plaintiffs' counsel as provided in the respective Settlement Agreements.

8. Without affecting the finality of this Final Approval Order in any way, this Court hereby retains continuing jurisdiction over this action and the Parties to the extent provided in the respective Settlement Agreements.

9. Any amendments, modifications and/or expansions of the Settlement Agreements are subject to the conditions set forth in the Settlement Agreements.

10. This action is hereby dismissed with prejudice and the claims against CHP, Caltrans, RCTC, and SB SAFE are released as provided in the respective Settlement Agreements.

IT IS SO ORDERED.

Dated: July 27, 2007

_____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] FINAL APPROVAL ORDER
CASE NO. C05-01525 JSW/EDL
sf-2340101

2